THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Case No. 18-20004-TJC** |
| **ALEXANDER BRITTON BROWNE, III,** ) | **Chapter 7** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **JANET M. NESSE, Chapter 7 Trustee,** ) | |
| ) | |
| **Movant** ) | |
| **vs** ) | |
| ) | |
| **ALEXANDER BRITTON BROWNE, III,** ) | |
| **Respondent** ) | |
| ) | |

## STIPULATION REGARDING SUPPLEMENTAL BRIEFS

WHEREAS, on October 5, 2018, Janet M. Nesse, Chapter 7 Trustee (the "Trustee") for Alexander Britton Browne, III (the "Debtor," and collectively with the Trustee, the "Parties") filed her *Limited Objection to Exemptions Claimed By Debtor Pursuant to Federal Rule Of Bankruptcy Procedure 4003(B)* (the "Objection," Docket No. 17).

WHEREAS, on October 19, 2018, the Debtor filed an opposition to the Objection (Docket No. 18), and on October 24, 2018, the Trustee filed a reply (Docket No. 19).

WHEREAS, the United States Bankruptcy Court for the District of Maryland (the "Court") held a hearing on the Objection on November 29, 2018, during which the Court invited the Parties to submit supplemental briefs, but did not provide a deadline for the Parties to do so.

WHEREAS, the Parties have engaged in preliminary settlement discussions.

WHEREAS, the Parties have conferred and have agreed, based on the status of discussions, to briefly delay the filing of supplemental briefs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, as follows:

A.   The Debtor shall file a supplemental brief with the Court by December 24, 2018.

B.   The Trustee shall file a responsive supplemental brief with the Court by January 7, 2018.

Dated: December 12, 2018

| /s/ Michael G. Wolff<br>MICHAEL G. WOLFF (#10269)<br>Wolff & Orenstein LLC<br>Shady Grove Plaza<br>15245 Shady Grove Road, Suite 465-N<br>Rockville, Maryland 20850<br>(301) 250-7232<br>mwolff@wolawgroup.com<br>Counsel for Debtor | /s/ Justin P. Fasano<br>Justin P. Fasano (Fed Bar 28659)<br>Janet M. Nesse (Fed Bar 07804)<br>McNamee Hosea, et al.<br>6411 Ivy Lane, Suite 200<br>Greenbelt, Maryland 20770<br>(301) 441-2420<br>jfasano@mhlawyers.com<br>*Attorneys for Chapter 7 Trustee* |
|---|---|

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the court are identical to those set forth in the original stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original stipulation.

/s/ Justin P. Fasano
Justin P. Fasano

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2018, a copy of the foregoing stipulation was served by CM/ECF to

Michael G. Wolff
mwolff@wolawgroup.com,KDriscoll@wolawgroup.com,wolffbkatty@gmail.com,kdriscoll@gwolaw.com

/s/ Justin P. Fasano
Justin P. Fasano